UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGELO CENOTTI JR.                                              JURY TRIAL DEMANDED

v.

CASE NO. 3:14 CV

THE UNITED ILLUMINATING COMPANY

**COMPLAINT**

1. Plaintiff brings this action to obtain relief for defendant's violation of the federal Equal Credit Opportunity Act, 15 U.S.C. §1691 *et seq*. ("ECOA").

2. This Court has jurisdiction. 15 U.S.C. §1691e(f).

3. Venue is proper because plaintiff and defendants are citizens of Connecticut.

4. Plaintiff is a natural person who was the object of efforts by Defendant to collect a household residential United Illuminating account.

5. Defendant extended credit to Mr. Cenotti in connection with providing residential electricity services to him.

6. Accordingly, Mr. Cenotti is an "applicant" as defined in ECOA Regulation B §202.2(e)

7. Defendant discriminated against Mr. Cenotti on the basis of marital status in connection with the collection of his account by bringing suit against both Mr. Cenotti and his spouse, who had no contractual liability for the credit. ECOA §1691(a)(1); Regulation B §202.2(m).

8. Defendant has a policy or practice of suing non-obligated spouses through its attorneys, including Nair & Levin.

9. As a result of the above violations of the ECOA, Defendant is liable to Plaintiff for

actual damages, statutory damages, attorneys' fees and costs.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant for actual and punitive damages pursuant to 15 U.S.C. § 1691e

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1691e(d); and,

(c) That the Court enjoin defendant from discrimination in collection based on marital status, enjoin defendant from collecting any amounts from suits that included the non-obligated spouse, and order defendant to refund any amounts collected in suits that included the non-obligated spouse, as well as granting such other and further relief as may be just and proper.

Respectfully submitted,

/s/ **Joanne S. Faulkner**
Joanne S. Faulkner ct04137
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395